UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HATTIE MCKINNEY, | |
| Plaintiff, | |
| v. | PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL |
| BUREAU OF COLLECTION RECOVERY, INC., | |
| Defendant. | |

HATTIE MCKINNEY ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD., alleges the following against BUREAU OF COLLECTION RECOVERY, INC., ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Georgia, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

**PARTIES**

6. Plaintiff is a natural person residing in the Powder Springs, Cobb County, Georgia.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company located in Eden Prairie, Minnesota.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

**FACTUAL ALLEGATIONS**

11. Defendant has been placing collection calls to Plaintiff for several months in attempt to collect on an alleged AT&T bill.

12. Defendant calls Plaintiff from 877-788-1070, 800-831-7311, and "unknown" phone numbers.

13. Since the commencement of calls, Plaintiff has spoken with Defendant approximately once per week.

14. Plaintiff has repeatedly told Defendant that she disputed the bill with AT&T, and does not owe the amount.

15. Plaintiff has repeatedly told Defendant to stop calling her.

16.     Despite the aforementioned, Defendant continues to place collection calls to Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17.     Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of a debt.

   b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass Plaintiff.

WHEREFORE, Plaintiff, HATTIE MCKINNEY respectfully requests judgment be entered against Defendant, BUREAU OF COLLECTION RECOVERY, INC., for the following:

18.     Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

19.     Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

20.     Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: March 8, 2011　　　　KROHN & MOSS, LTD.

　　　　　　　　　　　　　　By: /s/ Shireen Hormozdi
　　　　　　　　　　　　　　　　Shireen Hormozdi
　　　　　　　　　　　　　　　　Ga. Bar. No. 366987
　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　Krohn & Moss, Ltd
　　　　　　　　　　　　　　　　10474 Santa Monica Blvd.
　　　　　　　　　　　　　　　　Suite 401
　　　　　　　　　　　　　　　　Los Angeles, CA 90025
　　　　　　　　　　　　　　　　Tel: (323) 988-2400 x 267
　　　　　　　　　　　　　　　　Fax: (866) 861-1390
　　　　　　　　　　　　　　　　Email: shormozdi@consumerlawcenter.com

**DEMAND FOR JURY TRIAL**

　　PLEASE TAKE NOTICE that Plaintiff, HATTIE MCKINNEY, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF GEORGIA)

Plaintiff, HATTIE MCKINNEY, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, HATTIE MCKINNEY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

2/11/2011
Date

HATTIE MCKINNEY