UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HATTIE MCKINNEY, | |
| Plaintiff, | |
| | NOTICE OF SETTLEMENT |
| v. | |
| | CASE NO. |
| BUREAU OF COLLECTION RECOVERY, INC., | 1:11-cv-00726-JEC-AJB |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, HATTIE MCKINNEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

DATED:  April 11, 2011        KROHN & MOSS, LTD.

 By:  /s/ Shireen Hormozdi
  Shireen Hormozdi
  Ga. Bar. No. 366987
  Attorney at Law
  Krohn & Moss, Ltd
  10474 Santa Monica Blvd.
  Suite 401
  Los Angeles, CA 90025
  Tel: (323) 988-2400 x 267
  Fax: (866) 861-1390
  Email: shormozdi@consumerlawcenter.com

NOTICE OF SETTLEMENT                                   1

## **CERTIFICATE OF SERVICE**

I, Shireen Hormozdi, certify that a true and correct copy of the foregoing was served via ELECTRONIC MAIL upon the following:

Ryan J. Trucke
Attorney at Law
Brutlag, Hartmann & Trucke, P.A.
3555 Plymouth Boulevard, Suite 117
Minneapolis, MN  55447

DATED: April 11, 2011                         By:/s/ Shireen Hormozdi
                                                              Shireen Hormozdi
                                                              Attorney for Plaintiff